1  Deborah A. Klar (Bar No. 124750) dklar@linerlaw.com
   Robert M. Shore (Bar No. 166018) rshore@linerlaw.com
2  **LINER YANKELEVITZ**
   **SUNSHINE & REGENSTREIF LLP**
3  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90024-3503
4  Telephone: (310) 500-3500
   Facsimile: (310) 500-3501
5
   Attorneys for Plaintiff MARED
6  INDUSTRIES INCORPORATED

7  Robert Lowrey diamondblademan@hotmail.com
   2982 Strathspey Court
8  Henderson, Nevada 89044
   Telephone: (702) 897-1032
9  Facsimile: (702) 897-4810

10 In propia persona

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARED INDUSTRIES INCORPORATED, a California corporation,<br><br>  Plaintiff,<br><br>v.<br><br>H & H WHOLESALE TOOLS, INC., a Wisconsin corporation, *et al.*,<br><br>  Defendants. | Case No.: CV 03-6432 R (RZx)<br><br>**STIPULATION FOR ENTRY OF JUDGMENT**<br><br>Courtroom: 8<br>Judge:  Hon. Manuel L. Real |



490

1  Plaintiff Mared Industries Incorporated ("Mared"), acting by and through its
2  attorneys of record, and defendant Robert Lowrey ("Lowrey"), acting *in propia*
3  *persona*, hereby Stipulate, and request that the Court Order, as follows:
4  Mared and Lowrey have resolved the differences that caused Mared to file
5  this action. Their agreement calls for Mared and Lowrey to stipulate to entry of
6  final judgment in this action in the form attached hereto as Exhibit A.
7  Accordingly, Mared and Lowrey hereby STIPULATE, and request that the Court
8  ORDER, entry of final judgment in this action in the form attached hereto as
9  Exhibit A. Accordingly, Mared hereby further requests that the Court take off
10 calendar its pending Motion for Summary Judgment.

11 Dated: September 11, 2006

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP

By: _____
Robert M. Shore
Attorneys for Plaintiff MARED INDUSTRIES INCORPORATED

16 Dated: September 8, 2006

By: _____
Robert Lowrey
In pro per

20 IT IS SO ORDERED.
21 Dated: Sept. 12, 2006

By: _____
Hon. Manuel L. Real
UNITED STATES DISTRICT JUDGE

SCANNED



1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    CENTRAL DISTRICT OF CALIFORNIA
10
11   MARED INDUSTRIES                 )   Case No. CV 05-8093 R (RZx)
     INCORPORATED, a California       )
12   corporation,                     )   **[PROPOSED] STIPULATED**
                                      )   **JUDGMENT**
13              Plaintiff,            )
                                      )   Judge:     Hon. Manuel L. Real
14         vs.                        )   Courtroom: 8
                                      )
15   H & H WHOLESALE TOOLS, INC., a   )
     Wisconsin corporation, *et al.*, )
16                                    )
                Defendants.           )
17   _____  )
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] STIPULATED JUDGMENT

EXHIBIT A
Page 1

1  Pursuant to Stipulation, IT IS ORDERED, ADJUDGED, AND DECREED as
2  follows:
3  Defendant Robert Lowrey ("Lowrey") and anyone acting in concert or
4  participation with him are PERMANENTLY ENJOINED from using the information
5  in the documents Lowrey removed from the premises of Diamond Blade Warehouse,
6  Inc. ("DBW"), to solicit any person or entity to purchase any diamond blade,
7  industrial cutting tool, or any other product offered for sale by Mared Industries
8  Incorporated.
9  Lowrey and anyone acting in concert or participation with him are hereby
10 PERMANENTLY ENJOINED from disclosing to any person or entity and from
11 using any information contained in the documents Lowrey removed from the
12 premises of DBW.
13 In the event Lowrey violates this injunction, he shall be liable to Mared for
14 damages of no less than $15,000. If litigation is commenced pursuant to this
15 injunction, the prevailing party shall be entitled its or his reasonable attorneys' fees.
16 IT IS SO ORDERED.
17 Dated: September __, 2006
    _____
18  Hon. Manuel L. Real
    UNITED STATES DISTRICT JUDGE
19 Presented by:
   LINER YANKELEVITZ SUNSHINE
20 & REGENSTREIF LLP
21
   By:_____
22     Robert M. Shore
   Attorneys for Plaintiff MARED
23 INDUSTRIES INCORPORATED
24
25
26
27
28

[PROPOSED] STIPULATED JUDGMENT

EXHIBIT A
Page 2